MILK TRANSPORT, INC., *v.* UNITED
STATES ET AL.

No. 95.   Decided October 9, 1961.

*Perry R. Moore* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Robert W. Ginnane* and *Fritz R. Kahn* for the United States et al.

*Frank B. Hand, Jr.* for Alterman Transport Lines, Inc., et al., intervenors, on motions to affirm the judgment.

PER CURIAM.

The motion of W. W. Hughes for leave to file brief, as *amicus curiae,* is denied.   The motions to affirm are granted and the judgment is affirmed.

LYNN *v.* McELROY, CIRCUIT COURT
JUDGE, ET AL.

No. 104, Misc.   Decided October 9, 1961.

PER CURIAM.

The appeal is dismissed.